UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          Case No. 22-cr-26-pp

LENARD MONROE,

    Defendant.

---

### VERDICT FORM

---

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action, find the defendant, Lenard Monroe:

__Guilty__
(Guilty/Not Guilty)
    of conspiracy to violate the antikickback statute, in violation of Title 18, United States Code, Section 371, as charged in Count One.

__Guilty__
(Guilty/Not Guilty)
    of offering or paying a healthcare kickback on or about September 30, 2021, in violation of Title 42, United States Code, Section 1320a-7b(b)(2)(A), as charged in Count Two.

__Guilty__
(Guilty/Not Guilty)
    of healthcare fraud related to O.H. on or about January 2, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Three.

__Guilty__
(Guilty/Not Guilty)
    of healthcare fraud related to O.H. on or about March 9, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Four.

1

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to M.J. on or about March 5, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Five.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to D.K. on or about March 25, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Six.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to U.A. on or about May 6, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Seven.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to A.C. on or about April 9, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Eight.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to J.A. on or about April 9, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Nine.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to A.B. on or about April 16, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Ten.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to D.K. on or about May 19, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Eleven.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to M.J. on or about May 19, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Twelve.

2

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to D.B. on or about August 5, 2020, in violation of Title 18, United States Code, Section 1347, as charged in Count Thirteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to U.A. on or about June 4, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Fourteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to A.B. on or about October 28, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Fifteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to A.C. on or about December 3, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Sixteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to D.K. on or about October 28, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Seventeen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to J.A. on or about October 28, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Eighteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to M.J. on or about October 28, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Nineteen.

__Guilty__
(Guilty/Not Guilty)

of healthcare fraud related to J.A. on or about December 2, 2021, in violation of Title 18, United States Code, Section 1347, as charged in Count Twenty.

3

__Guilty__ of wire fraud in violation of Title 18, United States Code,
(Guilty/Not Guilty)     Section 1343, as charged in Count Twenty-One.

__Guilty__ of money laundering, in violation of Title 18, United States
(Guilty/Not Guilty)     Code, Section 1957, as Charged in Count Twenty-Two.

Dated in Milwaukee this 27th day of October, 2025.

███████████████
**FOREPERSON – Signature**

███████████████
**FOREPERSON—Printed Name**

4

Case 2:22-cr-00026-PP    Filed 10/27/25    Page 4 of 4    Document 727